# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/5/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00220JMS |
| CASE NAME: | USA vs. (04) ROBERT KUI FON LEE |
| ATTYS FOR PLA: | Mark A. Inciong |
| ATTYS FOR DEFT: | (04) Harlan Y. Kimura |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 1/5/2006 | TIME: | 3:05-3:09 |

COURT ACTION:  EP: Defendant (04) Robert Kui Fon Lee's Motion to Reconsider Detention Order - Defendant present in custody.

Arguments heard.  Motion Denied and terminated.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager