EDWARD H. KUBO. JR.   (#2499)
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI   (#2286)
Chief, Narcotics Section

MARK A. INCIONG   (CA BAR #163443)
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone:   (808) 541-2850
Facsimile:   (808) 541-2958
Email: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 13 2006

at 3 o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00220 JMS |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| vs. ) | |
| ROBERT KUI FON LEE,   (04) ) | |
| Defendant. ) | |

FINAL ORDER OF FORFEITURE

WHEREAS, on September 27, 2005, this Court entered a Preliminary Order of Forfeiture, ordering defendant Robert Kui Fon Lee to forfeit his interest in the following property:

    Twenty-Six Thousand Nine Hundred Eighty
    Dollars ($26,980) in United States Currency

(hereinafter collectively referred to as the "Subject Property"); and

WHEREAS, the United States caused to be published in the Honolulu Advertiser, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the Subject Property in accordance with the law and as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the Subject Property; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant Robert Kui Fon Lee had an interest in the Subject Property that is subject to forfeiture pursuant to 21 U.S.C. § 853;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the following property is hereby forfeited to the United States of America pursuant to 21 U.S.C. 853:

> Twenty-Six Thousand Nine Hundred Eighty
> Dollars ($26,980) in United States Currency

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the Subject Property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

IT IS FURTHER ORDERED that any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposit, and the proceeds from the sale of any forfeited property, after the payment of costs and expenses incurred in connection with the forfeiture, sale and disposition of the forfeited property, shall be deposited forthwith by the United States Marshals Service into the Department of Justice Assets Forfeiture Fund in accordance with law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

DATED: March 13, 2006, at Honolulu, Hawaii.

UNITED STATES DISTRICT JUDGE

USA v. Robert Kui Fon Lee
Cr. No. 05-00220 JMS
"Final Order of Forfeiture"